FILED ___ ENTERED ___
LODGED ___ RECEIVED
JAN 13 2014
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. MJ14-12
US Mail Parcel, bearing confirmation number )
EI 451940710 US )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

US Mail Parcel, bearing confirmation number EI 451940710 US as more fully described in Attachment A.

located in the ____Western____ District of ____Washington____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- [✓] evidence of a crime;
- [✓] contraband, fruits of crime, or other items illegally possessed;
- [✓] property designed for use, intended for use, or used in committing a crime;
- [ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C. § 841 | Distribution of Controlled Substances & Unlawful Use of a Communications |
| Title 21, U.S.C. § 843 | Facility, (U.S. Mails) to Distribute Controlled Substances. |

The application is based on these facts:

See affidavit of        Bryce Dahlin, U.S. Postal Inspector

[✓] Continued on the attached sheet.

[ ] Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Bryce Dahlin, U.S. Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: JAN 13, 2014

_____
Judge's signature

City and state: Seattle, Washington        James P. Donohue        U.S. Magistrate Judge
Printed name and title

## **ATTACHMENT A**
### Parcel to be searched

One Priority class parcel addressed to "M. Petersen, 2905 Victor Ave, Bellingham, WA 98225" with a return address of "N. Howard, 210 Katherine Benson Rd., Sitka, AK 99835." This parcel is an Express Mail package with a weight of approximately one pound. This parcel is postmarked January 2, 2014, from zip code 99835, in Sitka, Alaska and carries $34.55 in postage. The delivery confirmation number is EI 451940710 US.

ATTACHMENT A
PARCEL TO BE SEARCHED                -1-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT B
### Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1) and 843(b), unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances:

    a.    Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

    b.    Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

    c.    Controlled substance-related paraphernalia;

    d.    Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

    e.    Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

    f.    Fingerprints and/or handwriting, to identify who handled and/or mailed the package.

ATTACHMENT B
ITEMS TO BE SEIZED                -1-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| STATE OF WASHINGTON | ) |
| | ) ss |
| COUNTY OF KING | ) |

## AFFIDAVIT

DAHLIN, BRYCE, being first duly sworn on oath, deposes and says:

## BACKGROUND

1. **Affiant Background.** I am a U.S. Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since January, 2013. I am currently assigned to the Seattle Division, Prohibited Mails Narcotic Team, where I investigate controlled substances transported via the United States mails. I completed a twelve week Basic Inspector Training course in Potomac, Maryland, which included training regarding transportation of narcotics via the U.S. mails. I have also received training on the identification and interdiction of controlled substances. Prior to becoming a Postal Inspector, I served as an Officer in the United States Air Force for five years. I have also served as a Military Police K-9 handler specializing in drug detection. I hold a Bachelor of Science degree from the United States Air Force Academy in Business Management

2. **Duties, Training & Experience.** As part of my duties, I investigate the use of the U.S. mails to illegally mail and receive controlled substances, the proceeds of drug trafficking, as well as other instrumentalities associated with drug trafficking, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute controlled substances), and 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances). As set forth below, my training and experience includes identifying parcels with characteristics indicative of criminal activity. During the course of my employment with the USPIS, I have participated in over one-hundred (100) criminal investigations involving suspicious parcels and controlled substances.

3. The information contained in this affidavit is based upon knowledge I gained from my investigation, my personal observations, my training and experience, and

investigation by other Inspectors, agents, and officers. Because the purpose of this affidavit is limited to setting forth probable cause to search the subject parcel, I have not set forth every fact of which I am aware pertaining to the investigation.

4. From my training and experience, I am aware that the United States Postal Service (USPS) mail system is often used to transport controlled substances and/or the proceeds from the sales of controlled substances throughout the United States. I have learned and observed that sometimes drug traffickers put controlled substances and proceeds in the same package. I also know that drug traffickers prefer mail/delivery service such as Priority Mail because of the reliability of this service as well as the ability to track the article's progress to the intended delivery point. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she becomes suspicious of any delayed attempt to deliver the item.

5. In addition, I am aware that the USPS Priority Mail service was custom-designed to fit the needs of businesses by providing overnight delivery for time sensitive materials. Business mailings often contain typewritten labels, are in flat cardboard mailers, and usually weigh less than eight (8) ounces. In addition, businesses using corporate charge accounts often print their account number on the Priority Mail label in order to expedite transactions with USPS.

6. Based on my training and experience concerning the use of Priority Mail for the transportation of controlled substances and/or the proceeds from the sales of controlled substances, I am aware these packages usually contain some or all of the following characteristics (which are different than characteristics of packages being sent by legitimate businesses):

    a. Unlike typical business mailings which usually have typed labels, packages containing controlled substances and/or proceeds often have handwritten address information. In addition, the address information often contains misspelled words or incomplete/incorrect addresses. This is done in an effort to help conceal the identities of the individuals involved.

    b. Priority Mail or Express Mail packages containing controlled substances and/or proceeds often stand out from typical business mailings as they do not

bear any advertising on the mailing container/box, and are usually being mailed from one individual to another.

    c.    The sender and/or recipient addresses on Priority Mail and Express packages containing controlled substances and/or proceeds often either are fictitious, are persons not known to postal personnel familiar with the addresses listed.

    d.    The zip codes for the sender addresses on Priority Mail packages containing controlled substances and/or proceeds is different from the zip codes of the post offices from where the parcels were mailed.

    e.    Priority Mail and Express packages containing controlled substances and/or proceeds are heavily taped with tape on the seams of the parcel, in an effort to conceal scent.

7.    Inspectors who encounter a package with any or all of the above characteristics often further scrutinize the package through address verifications and by obtaining search warrants based on probable cause.

### ITEM TO BE SEARCHED

8.    As set forth in Attachment A, this affidavit is made in support of an application for a search warrant for one insured letter parcel, hereinafter referred to as "SUBJECT PARCEL." This parcel is believed to contain controlled substances, paraphernalia or proceeds related to the distribution of controlled substances. The SUBJECT PARCEL is further described as follows: One Express Mail parcel addressed to "M. Petersen, 2905 Victor Ave, Bellingham, WA 98225." The return address listed is "N. Howard, 210 Katherine Benson Rd., Sitka, AK 99835." This parcel is a flat Express Mail envelope. This parcel is postmarked January 2, 2014, from zip code 99835, and carries $34.55 in postage. The delivery confirmation number is EI 451940710 US.

### ITEMS TO BE SEIZED

9.    The application requests that law enforcement officers and agents be authorized to seize the following from the SUBJECT PARCEL, which constitute the fruits, instrumentalities, and evidence of mailing and distribution of controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute controlled substances) and 843(b) (unlawful use of a

AFFIDAVIT OF Bryce Dahlin- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

communication facility, including the U.S. mails, to facilitate the distribution of controlled substances):

  a. Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

  b. Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

  c. Controlled substance-related paraphernalia;

  d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

  e. Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

  f. Fingerprints and/or handwriting, to identify who handled and/or mailed the package.

## THE INVESTIGATION

10. On October 24, 2013, in Seattle, Washington, U.S. Postal Inspectors were alerted by Police in Sitka, Alaska, of an inbound parcel sent from "Justin Langer 2901 Victor St., Bellingham WA 98225" and addressed to "Rob Langer 409 Degroff St., Sitka AK 99835" suspected to contain controlled substances. A federal search warrant was obtained and executed on the parcel. The parcel contained 1.63oz of methamphetamine and 24.8g of black tar heroin. The drugs were seized. Both names on the parcel were confirmed by Postal Databases to be false names. An informant for the Sitka PD identified the sender as Max Petersen, who resides at 2905 Victor Street, Bellingham, Washington, 98225.

11. On December 11, 2013, Post Office employees identified a suspicious priority parcel 420998359505500024093344000735 sent from "Brantley Davis, 501 Parkridge Rd., Bellingham WA 98225" addressed to "Richard Davis, PO Box 6076, Sitka AK 99835." On December 13, 2013, a federal search warrant was obtained and executed

...

finding 2.9g of brown heroin. Both names on parcel were confirmed by Postal Databases to be false.

12. The sender's image was obtained from the kiosk from which the parcel was mailed. The photo was identified and confirmed by Sitka Police as Max Petersen, 2905 Victor St., Bellingham, Washington, 98225. The receiver was confirmed by the Postal Box records as Noriss Serge Howard. The drugs were seized and a Mail Watch was executed on both Max Petersen's and Noriss Howard's addresses.

13. On December 13, 2013, six express labels were found at the Sitka, Alaska post office showing additional parcels being sent between Max Petersen and N. Howard. The related parcels dates accepted for shipment were, 3 June 2013, 7 June 2013, 19 September 2013, 30 September 2013, 10 October 2013 and 29 November 2013.

14. On January 6, 2014, Postal Inspectors were notified of a positive mail watch alert for Noriss Howard and Max Petersen. SUBJECT PARCEL Express Mail EI 451940710 US sent from "N.Howard, 210 Katherine Benson Rd., Sitka, AK 99835" to receiver "M.Petersen, 2905 Victor Ave, Bellingham, WA 98225." Parcel was forwarded to Inspector Dahlin in Seattle, Washington, for follow up. SUBJECT PARCEL contained both suspect's names (Howard and Petersen) and waiver of signature was visible on parcel.

15. A dog sniff was conducted on SUBJECT PARCEL on January 9, 2014, by Seattle Police Department a K-9 Unit. The dog sniff resulted in no response.

16. The SUBJECT PARCEL was mailed from Alaska, a known drug receiving and trafficking area, to Bellingham, Washington, a drug source state.

17. The SUBJECT PARCEL contains characteristics of drug related parcels seized in the past based on the SUBJECT PARCEL'S size, weight and waiver of signature. The parcel was mailed in a standard Express envelope measuring 10in by 12.5in and weighing one pound, similar in size and weight to several parcels containing drugs that have been seized between Alaska and Washington in fiscal year 2013.

//
//

AFFIDAVIT OF Bryce Dahlin- 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

//
//
//
//
//

## CONCLUSION

18. Based on the facts set forth in this Affidavit, I believe there is probable cause to conclude that the SUBJECT PARCEL contains controlled substances, currency, documents, or other evidence, more fully identified in Attachment B, that relates to the mailing and distribution of controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute controlled substances) and 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances).

_____
DAHLIN BRYCE
Postal Inspector, US Postal Inspection Service

SUBSCRIBED AND SWORN to before me this 13th day of January, 2014.

_____
JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE