AO 93 (Rev. 12/09) Search and Seizure Warrant

FILED
LODGED
JAN 24 2014
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>US Mail Parcel, bearing confirmation number<br>EI 451940710 US | )<br>)<br>) Case No. MJ14-12<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Washington___
*(identify the person or describe the property to be searched and give its location)*:

US Mail Parcel, bearing confirmation number EI 451940710 US as more fully described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___Jan 27, 2014___
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge ___James P. Donohue___ or another WDWA Magistrate Judge.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for ___ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of ___.

Date and time issued: ___Jan 13, 2014 1:30pm___                    ___[signature]___
                                                                   Judge's signature

City and state: ___Seattle, Washington___                          ___James P. Donohue    U.S. Magistrate Judge___
                                                                   Printed name and title

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: MJ14-12 | Date and time warrant executed: 1-13-14  2:11 PM | Copy of warrant and inventory left with: Postal Service |

Inventory made in the presence of: Inspector Knoll

Inventory of the property taken and name of any person(s) seized:

- $3000 cash U.S. Currency

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-15-14

1-28-2014

Executing officer's signature

Bryan Ashba  Inspector
Printed name and title